FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re  **George Brandon Kelly**
**Brittany Leann Kelly**                                                             Case No.  14-11252
                               Debtor(s)                                             Chapter  **13**

## CHAPTER 13 PLAN-AMENDED
## (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | | |
|---|---|---|---|
| DEBTOR(S): | (H) **George Brandon Kelly** | S.S.# | **xxx-xx-6003** |
| | (W) **Brittany Leann Kelly** | S.S.# | **xxx-xx-1097** |
| ADDRESS: | **590 Cliff Hanger Road** | | |
| | **Savannah, TN 38372** | | |

PLAN PAYMENT: Debtor(s) to pay $ **2,278.00**                    (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:                          OR ( **X** ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE: **June 16, 2014**
PLACE OF EMPLOYMENT: **J & J Tractor Sales Inc**        Spouse's Employer: **Harbert Hills Academy**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

**MONTHLY PLAN PMT.**

| | | | |
|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | | $ **-NONE-** |
| | Child support arrearage amount | | $ |
| PRIORITY CREDITORS: | **-NONE-** | | $ **-NONE-** |

HOME MORTGAGE:     If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Bank of America Home Loans**   Ongoing pmt. Begin  **PAID OUTSIDE PLAN**                                $

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | | MONTHLY PLAN PMT. |
|---|---|---|---|---|
| **Ally Financial** | $ **17,042.55** | **8.25** | % | $ **348.00** |
| **Capital One Finance** | $ **16,788.00** | **8.00** | % | $ **341.00** |
| **Chrysler Capital** | $ **38,785.14** | **8.25** | % | $ **805.00** |
| **GE Credit Bank** | $ **5,125.49** | **8.00** | % | $ **104.00** |
| Sterling Jewelers Inc DBA Kay Jewelers | 5,129.96 | 8.00 % | | $ 120.00 |
| Hardin County Bank | 5,410.00 | 10.00% | | $ 175.00 |

UNSECURED CREDITORS:  Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage paid to unsecured creditors to be determined by the Chapter 13 Trustee ;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  **$23,802.00**

TERMINATION:         Plan shall terminate upon payment of the above, approximately **60** months.

****Payment reflects disposable income and pays 100%**
**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

DEBTOR'S ATTORNEY:    **KENNETH L. WALKER 6459**
**WALKER LAW OFFICE**
**P.O. BOX 530**
**80 SOUTH MAIN STREET, SUITE A**
**LEXINGTON, TN 38351**
**731-968-3356 Fax:731-968-3350**